IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

STRIKE 3 HOLDINGS, LLC,           §
                                  §
    Plaintiff,                    §
                                  §
VS.                               §     CIVIL ACTION NO. SA-24-CV-0089-FB
                                  §
JOHN DOE SUBSCRIBER Assigned IP Address §
24.169.253.81,                    §
                                  §
    Defendant.                    §

## ORDER REINSTATING CASE ON DOCKET AND DISMISSAL OF CASE

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed on September 3, 2024 (docket #9). On April 24, 2024, this Court entered an order which administratively closed this case to allow the plaintiff additional time to serve the defendant. Plaintiff has now given notice that its claims against this Defendant are dismissed without prejudice prior to the filing of any answer by the Defendant. Because the Plaintiff has filed its Notice of Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED that the case is REOPENED and REINSTATED on the Court's docket and will be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Therefore, based on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed on September 3, 2024 (docket #9), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITHOUT PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 4th day of September, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE